IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF ) | Case No. BK 17-80751 |
| ) | Chapter 13 |
| ADAM J. McINTYRE, and ) | |
| JACQUALINE M. McINTYRE, ) | **MOTION FOR RELIEF** |
| ) | **FROM STAY** |
| Debtors, ) | |

COMES NOW FreedomRoad Financial ("FreedomRoad"), and pursuant to 11 U.S.C. §362(d), moves the Court for an Order granting it relief from the automatic stay as more specifically requested herein. In support of this Motion, Movant provides the following detailed summary of the evidence on which it intends to rely and represents to the Court as follows:

1. Debtors filed a Chapter 13 bankruptcy Petition on or about May 26, 2017.

2. FreedomRoad is the holder of a secured claim against the Debtors, Adam J. McIntyre and Jacqueline M. McIntyre, pursuant to a Promissory Note, Disclosure and Security Agreement ("Contract"). A copy of which is attached hereto, marked as Exhibit "A", and made a part hereof.

3. FreedomRoad has a valid perfected security interest in one (1) 2013 Victory Cross Country Tour, VIN #5VTPW36N7D3023944, (the "Motorcycle") pursuant to the Contract and the security interest of FreedomRoad is reflected on the Electronic Title Document. A true and correct copy of the Electronic Title Document is attached hereto as Exhibit "B."

4. Under the Agreement, the Debtors are required to make monthly payments on the 2013 Victory Cross Country Tour, Debtors have failed to make said payments.

5. FreedomRoad's interest in the Motorcycle is not adequately protected, and the Debtor has not offered FreedomRoad any adequate protection.

6. If FreedomRoad is not permitted to foreclose its security interest in the Motorcycle, it will suffer irreparable injury, loss and damage.

7. Cause exists for the lifting of the stay as provided in *United States Bankruptcy Rule 4001(a)(3)*, thus allowing the requested Order for Relief to immediately be effective should the Court grant FreedomRoad's request for Relief.

8. Debtors' Chapter 13 Plan proposes the surrender of the motorcycle.

9. Further, FreedomRoad requests that, if relief is granted, and after FreedomRoad disposes of the Motorcycle in the ordinary course of business, the court allow FreedomRoad to file an Amended Proof of Claim to claim any deficiency amount, if necessary.

WHEREFORE, SunTrust prays that the Court enter an Order granting FreedomRoad Relief from the Automatic Stay from the Debtor as requested herein, permitting FreedomRoad to foreclose its security interest in the Motorcycle described herein; waiving *United States Bankruptcy Rule 4001(a)(3)*; dispose of the Motorcycle in the normal course of business; granting FreedomRoad the option to file an Amended Proof of Claim claiming any deficiency amount remaining after disposing of the Motorcycle in the ordinary course of business; and giving SunTrust such other and further relief as is just.

DATED this 21st day of December, 2017.

FREEDOMROAD FINANCIAL Creditor

By: _____
Frederick D. Stehlik, #15481
Gross & Welch, P.C., L.L.O.
2120 South 72nd Street
Suite 1500
Omaha, NE  68124-2342
(402) 392-1500
(402) 392-8101 facsimile

ATTORNEYS FOR CREDITOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on the following individual by regular U.S. mail, postage prepaid, or electronically, on this 21st day of December, 2017.

Francis X. Skrupa, karen@skrupalaw.com

Kathleen Laughlin, klaughlin@ne13trustee.com

Patricia Dugan Fahey, patricia.dugan@usdoj.gov

Adam J. McIntyre
2736 Adel Street
Sioux City, IA 51104

Jacqueline M. McIntyre
2643 N. 124 Circle
Omaha, NE 68164

*Laurie A.* 

Laurie A. Allmendinger

12527-8#6D06342



# PROMISSORY NOTE, DISCLOSURE AND SECURITY AGREEMENT

**FreedomRoad Financial** — A DIVISION OF EVERGREEN PRIVATE BANK

**BORROWER(S)**

NAME: JACQUELINE MARIE MCINTYRE

NAME: _____

**DEALER:** Edwards Motorsports
**ADDRESS:** 2643 N 124TH Circle    Omaha, NE 68164
ADDRESS: _____
ADDRESS: _____

## DESCRIPTION OF MOTOR VEHICLE PURCHASED:

| New or Used | Year | Make and Model | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|
| ☐ New ☑ Used | 2013 | VICTORY CROSS COUNTRY TOUR | 5VPTW36N7D3023 944 | ☐ Personal ☐ Business |

### TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 14.19 % | $ 4,042.20 (e) | $ 10,065.00 | $ 14,107.20 (e) |

(e) means an estimate
Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 60 | 235.12 | Monthly Beginning 11/21/2016 |
|  | 0.00 |  |
|  | 0.00 |  |

**Security:** You are giving Us a security interest in the Motor Vehicle being purchased.
**Late Charge:** If a payment is more that 10 days late, You will be charged five percent (5%) of the full amount of the scheduled payment.
**Filing Fee:** $  0.00
**Prepayment Charge:** If You pay off early, You will not have to pay a penalty; and will not be entitled to a refund of a part of the finance charge.
See Your contract documents for any additional information about nonpayment, default, any required prepayment in full before the scheduled date, and prepayment penalties.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Sale Price (including any accessories, extras, services, and taxes) ........ 0.00 ......... $ 12,399.00 (1)
2. Total Downpayment = Net Trade-In $ _____ 0.00 + Cash Downpayment $ 2,500.00
   Your Trade-in is a _____ ......... $ 2,500.00 (2)
3. Unpaid Balance of Cash Price (Amount paid on Your Account) (1 minus 2) paid to dealer ......... $ 9,899.00 (3)
4. Amounts Paid to Others on Your Behalf:
   - A. To: Credit Insurance Company (single life) ......... $ 0.00 *
   - B. To: Credit Insurance Company (joint life) ......... $ 0.00 *
   - C. To: Accident and Health Insurance Company ......... $ 0.00 *
   - D. To: Public Officials For Title, License, Lien Fee and Registration Fees (Itemize) ......... $ 0.00
   - E. Other Charges (Identify Who Must Receive Payment and Describe Purpose)
     - To: _____ For Service Contract ......... $ _____ *
     - To: _____ For GAP Insurance ......... $ _____ *
     - To: _____ For: _____ ......... $ 0.00 *
     - To: _____ For: Other Non-Taxable ......... $ 166.00 *
   - Total Other Charges and Amounts Paid to Others on Your Behalf ......... $ 166.00 (4)
5. Prepaid Finance Charges:
   - A. Loan Processing Fee ......... $ _____ *
   - B. Other: N/A _____ ......... $ _____
   - Total Prepaid Finance Charges ......... $ 0.00 (5)
6. Principal Amount (3 + 4 + 5) ......... $ 10,065.00 (6)
7. Amount Financed (6 minus 5) ......... $ 10,065.00 (7)

*Dealer may share in or receive a portion of these amounts.

Borrower's Signature: [signed]    Date: 10/22/16
Borrower's Signature: _____    Date: _____

Page 1 of 3

**EXHIBIT A**

## ADDITIONAL TERMS AND CONDITIONS

NOTICE: THE ANNUAL PERCENTAGE RATE MAY BE NEGOTIABLE WITH THE DEALER. THE DEALER MAY RECEIVE A PART OF THE FINANCE CHARGE.

CREDIT INSURANCE DISCLOSURE: YOU ARE REQUESTING CREDIT INSURANCE INDICATED HEREIN. YOU AGREE THAT IT IS NOT REQUIRED AS A CONDITION OF THIS LOAN. Please review the information provided by the insurer for more detail concerning the terms and conditions. Please check the appropriate box(es) and sign below if You wish to purchase insurance:

☐ Single Credit Life Insurance (Borrower only)   ☐ Credit Disability Insurance (Borrower only)
☐ Joint Credit Life Insurance

Insurer(s): _____
Address: _____

| Credit Life: | Term: | Premium $ | 0.00 | Other: | Joint Credit Life: | Term: | Premium $ | 0.00 |
| Credit Disability: | Term: | Premium $ | 0.00 | | | Term: | Premium $ | 0.00 |

X _____   X _____
Borrower            Date     Co-Borrower         Date

OPTIONAL, GUARANTEED AUTO PROTECTION DISCLOSURE: YOU ARE REQUESTING GAP COVERAGE INDICATED HEREIN. YOU AGREE THAT IT IS NOT REQUIRED AS A CONDITION OF THIS LOAN AND THAT YOU MAY PURCHASE IT FROM ANY COMPANY WHICH IS AUTHORIZED TO SELL SUCH COVERAGE AND IS ACCEPTABLE TO US. If You wish to purchase Gap coverage under this Agreement and You agree to pay the additional cost for the coverage, please sign below.

I request Gap coverage and agree to pay the additional cost of $ _____

The Gap company is _____ at _____
                   Name of company         Office Address

X _____   X _____
Borrower            Date     Co-Borrower         Date

PROPERTY INSURANCE: You understand that You are required to purchase property insurance on the Motor Vehicle. You can buy the insurance through any person of your choosing acceptable to Us (please see reverse side for what could happen if You do not maintain such insurance).

PROMISE TO PAY: You promise to pay to the order of FreedomRoad Financial, the Principal Amount (shown above) plus interest at the Contract Rate of 14.19 from the date You sign this Agreement and continuing until Your loan is paid in full. You agree to make regular monthly payments in accordance with the payment schedule shown above. You may prepay all or any part of the unpaid principal balance without paying any penalty. If You prepay, we will not refund to You any portion of the finance charge. If we have not received any payment by the end of ten (10) calendar days after it is due, You may be required to pay a late charge equal to five percent (5%) of the full amount of the scheduled payment. If any payment under this Agreement is made with a check or other instrument that is dishonored for any reason, You agree to pay Us a returned check fee of Twenty-five ($25) dollars. In addition to any other amounts or charges You may owe Us, interest will be charged on a daily basis from the date You sign this Agreement beginning at 12:55 or refinance the Motor Vehicle described above and continuing until the full amount of the principal balance has been paid. This means the amount of interest You pay will be less if You make your payments early and more if You pay late.

ADDITIONAL TERMS AND CONDITIONS. Please see the reverse side for additional terms and conditions. You are bound by these terms in the same manner as if they were printed on the front.

SIGNATURE. By signing below, You agree to all of the terms of this Agreement and request Us to issue the proceeds of this Note. You acknowledge receiving a copy of this Agreement.

NOTICE TO COSIGNER. You are being asked to guarantee this debt. As a co-signer You are responsible for paying the entire debt. If the borrower doesn't pay the debt, You will have to. Be sure You can afford to pay if You have to and that You want to accept this responsibility. You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs which increases this amount. FreedomRoad Financial can collect this debt from You without first trying to collect from the borrower. FreedomRoad Financial can use the same collection methods against You that can be used against the borrower, such as suing You, garnishing Your wages, etc. If this debt is ever in default, that fact may become a part of Your credit record. This notice is not the contract that makes You liable for the debt.

1. DEFINITIONS. "You," or "Your" means each borrower each other person or entity who agrees to pay this Note and therefore agrees to the terms of this Note. "We," or "Us" means FreedomRoad Financial and its parent Evergreen Private Bank, collectively referred to as the Lender and its successors and assigns. The terms, "Contract," "Agreement," "Loan," and "Note," are used interchangeably.

2. APPLICABLE LAWS. The laws of the state where the Lender's lien has been recorded applies as to matters regarding the Lender's security interest in the Motor Vehicle. The laws of the United States, and as to the rate of interest and other related fees due and owing under this Agreement, the laws of the State of Illinois shall apply.

3. OWNERSHIP AND RISK OF LOSS. You agree to pay the Lender all You owe under this Contract even if the Motor Vehicle is damaged, destroyed or missing. You agree to keep the Motor Vehicle in good condition and repair. You agree not to remove the Motor Vehicle from the United States, and not to sell, rent, lease or otherwise transfer any interest in the Motor Vehicle or this Contract without the Lender's express written permission. You agree to protect the Motor Vehicle from claims of third persons. You agree not to expose the Motor Vehicle to misuse or confiscation. You will make sure the Lender's security interest is perfected and a lien on the Motor Vehicle is shown on the title, or other documentation acceptable to the Lender. You agree to provide all acts, things and writings as the Lender may at any time request to protect or enforce its rights in the Motor Vehicle and other collateral. You will not do anything to defeat the Lender's lien. If the Lender pays any repair bills, storage costs, taxes, fines, DMV fees or required to do so on your behalf) You agree to repay the amount when the Lender asks for it.

4. SECURITY INTEREST. You grant the Lender a purchase money security interest in the Motor Vehicle stated on the front of this Contract and any of the following items that are purchased and financed in connection with this Contract; a) any accessories, equipment, and replacement parts installed on the Motor Vehicle; b) any insurance premiums and charges for service of GAP products returned to the Lender; c) any proceeds of insurance policies, service or GAP products on the Motor Vehicle; and d) any proceeds of insurance policies on Your life or health which are financed through this Contract. The purchase money security interest is in addition to any other security interest or lien the Lender holds or which You are required to provide as a condition of the Note. This secures payment of all amounts You owe on the Contract and on any transfer, renewal, or extension of this Contract. It also secures Your other agreements in this contract. To the extent permitted by law, the Collateral under this Contract also secures Your other obligations to the Lender, whether now owing or incurred hereinafter.

5. REQUIRED PHYSICAL DAMAGE INSURANCE. You agree to have physical damage insurance covering loss or damage to the Motor Vehicle for the term of this Agreement, showing the Lender as additional insured and loss payee". At any time during the term of this Agreement, if You do not have physical damage insurance which covers both interests in the Motor Vehicle, We may, if We decide, buy insurance which covers our interest only. We are under no obligation to buy insurance, but may do so if We desire. If We buy either of these coverages, We will tell You what type it is and the charge you must pay. We may either ask for immediate reimbursement from You for the cost of such insurance or may add the insurance premium to the unpaid principal amount of this Agreement. If the insurance premium is added to the unpaid principal amount of this Agreement, it will be charged on the insurance premium at the Annual Percentage Rate

X _[signature]_  10/22/16
Borrower's Signature   Date

_____  _____
Co-Borrower's Signature   Date

Page 2 of 3

## ADDITIONAL TERMS AND CONDITIONS

disclosed in this Agreement, and You agree to pay the insurance premium with interest in equal installments along with the payments shown on the payment schedule. You understand and agree that if We purchase any physical damage insurance, We will be acting in our interest only. You further understand and agree that the purchased insurance will not contain any liability coverages, will only cover our interest in the Motor Vehicle, may have deductible amounts different than those in Your provided insurance, and may be more expensive than equivalent insurance which You could buy on Your own. You agree that We can purchase such insurance with coverage that will be retroactive to the date Your insurance terminated. You understand and agree that We may receive compensation or reimbursement in connection with such insurance. If the Motor Vehicle is lost or damaged, You agree that We can use any insurance settlement to repair the Motor Vehicle or to apply to Your debt, at our sole and absolute discretion.

**6. INSURANCE OR SERVICE PLAN OR REPAIR PLAN CHARGES RETURNED TO US.** If any charge for required insurance is returned to Us, it may be credited to Your account or used to buy similar insurance or insurance which covers only our interest in the Motor Vehicle. Any refund on optional insurance or service/repair plan obtained by Us will be credited to Your account. Credits to Your account will be in the same manner as payments. You will be notified of what is done.

**7. DISHONORED CHECK CHARGE.** We may charge you a $25 Fee for the return by a depository institution of a dishonored check, negotiable order of withdrawal or share draft issued in connection with any payment due under this Contract.

**8. DELAY IN ENFORCING RIGHTS: CHANGES TO THIS CONTRACT.** The Lender can delay or refrain from enforcing any of its rights under this Agreement without losing them. For example, We may extend the time for making some payments without extending others. You agree to be bound by any document provided by Us that changes the terms and conditions of this Agreement due to state or federal law requirements. Any change in the terms or conditions of this Agreement must be in writing and signed by the Lender. No oral changes are binding.

**9. DEFAULT.** You will be in default under the Note or other parts of the Agreement if any one or more of the following events occurred: 1) You fail to make a monthly payment within ten (10) days of its due date or any other payment when due; 2) You provide Us false or misleading information in connection with this loan; 3) You die or are declared incompetent; 4) You fail to pay or keep any other promise or any other loan You may have with Us; 5) the Motor Vehicle is damaged or stolen; 6) You breach any agreement or covenant in this Agreement.

**10. FAILURE TO PAY OR KEEP PROMISES AS REQUIRED.** If You do not pay Us as agreed or You are otherwise in default or if an event occurs which substantially reduces the value of the Motor Vehicle which materially impairs Your prospects to pay under this Agreement, We may, at our option, declare the entire unpaid principal amount to be immediately due and owing. You will, following such event, at our request, deliver the Motor Vehicle to a place We designate which is reasonably convenient to both You and Us.

**11. CREDIT REPORTING.** You agree that We may request a consumer credit report in connection with Your application and in connection with an update, renewal, or extension of the credit for which the application is made.

**12. INTEGRATION AND SEVERABILITY.** This agreement contains the entire agreement between You and Us. If any part of this agreement is invalid, all other parts of the agreement will remain valid.

**13. NON-WAIVER.** You agree not to send Us partial payments marked "paid in full", "with prejudice", "without recourse" or any similar restrictive endorsements. If you send these items or complaints to our lockbox or address specified for payment, they shall not be deemed received and the endorsement will not be effective against Us even though We cashed the checks on which such endorsements are contained.

**14. NOTICE OF LIMITED AGENCY.** The dealer has no authority to approve or to make this loan. The dealer is not our agent in connection with the sale of the Motor Vehicle You are purchasing with the proceeds of this loan. The dealer is only authorized to prepare the loan documents and to obtain Your signatures.

**15. CUSTOMER INDENTIFICATION NUMBER (CIP).** Pursuant to requirements of law, including the USA PATRIOT Act, We are obtaining information and will take necessary actions to verify Your identity.

**16. REPOSSESSION OF THE MOTOR VEHICLE FOR FAILURE TO PAY.** If You fail to pay according to the payment schedule or if You break any of the agreements in this Agreement (default), We can take the Motor Vehicle from You (repossession) subject to any right to cure default You may have. To take the Motor Vehicle, We can go on Your land or anywhere the Motor Vehicle is located so long as it is done peacefully. If there are any personal belongings in the Motor Vehicle such as clothing, furniture, and tools, We may store the items. However, We do not have to store them and will not be responsible for the items beyond what the law may require. Any accessories, equipment or replacement parts will remain with the Motor Vehicle.

**17. GETTING THE MOTOR VEHICLE BACK AFTER REPOSESSION.** If We repossess the Motor Vehicle, then at least 15 days before selling the Motor Vehicle We will send to You a notice of sale disclosing that You have the right to redeem the Motor Vehicle by paying the accelerated balance and other costs of repossession. Under certain circumstances, You may have the right to reinstate the account by paying past due payments plus any late charges, the cost of taking and storing the Motor Vehicle and other expenses that We have or our assignee has had. We will use the net proceeds of the sale to pay all or part of Your debt. If You owe less than the net proceeds of sale, We will pay You the difference, unless We are required to pay it to someone else. For example, We may be required to pay a lender who has given You a loan and also taken a security interest in the Motor Vehicle. If You owe more than the net proceeds of sale, You will pay Us the difference between the net proceeds of the sale and what You owe when We ask for it. If You do not pay this amount when asked, We will charge interest on it. If You have wrongfully damaged the Motor Vehicle, You will be liable to Us for the damages.

**18. ATTORNEY FEES AND COLLECTION COSTS.** To the extent permitted by applicable law, if We hire an attorney other than our salaried employee to collect what You owe, You agree to pay our reasonable attorney's fees, including any incurred in connection with any bankruptcy or appellate proceeding, and any court costs and out of pocket expenses, whether or not the suit is filed, plus interest on such sums at the highest rate allowed by law.

**19. WARRANTY DISCLAIMER.** You understand that the Lender is not offering any warranties and that there are no implied warranties of merchantability, of fitness for a particular purpose, or any other warranties, expressed or implied by the Lender, covering the Collateral.

Notice: **ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BORROWER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BORROWER SHALL NOT EXCEED AMOUNTS PAID BY THE BORROWER HEREUNDER.**

NOTICE TO CONSUMER. (1) Do not sign this Agreement before You read it; (2) You are entitled to a copy of this Agreement; (3) You may, at any time, prepay the unpaid balance of this Agreement.

CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE ENTIRE CONTRACT BEFORE YOU SIGN IT.

I have received a copy of the entire PROMISSORY NOTE, DISCLOSURE AND SECURITY AGREEMENT.

_[signature]_                     10/22/16
Borrower's Signature              Date              Co-Borrower's Signature              Date     Page 3 of 3

Account View                                                                 Page 1 of 3

**dealertrack technologies**

title management system
Freedom Road Financial (PAA)

Search   Work Queues   Reports   Utilities   User Setup

Home   Help   Resources   Contact   Log out

Perfected

## Account                                                                    Actions

VIN/HIN: 5VPTW36N7D3023944    Status: Perfected (PT)    Titling State: NE    Year: 2013    **LOAN**
Account:    2276    Loan:    LoanSuffix:    Branch:    Make: VCTY    Model:

### Overview

Primary customer: JACQUELINE MARIE MCINTYRE
Secondary customer:
Home phone:
Address: 2643 N 124TH CIR
OMAHA, NE 68164-0000
Alert when perfected: ☐ Client ☐ CMS
User Defined 1:
User Defined 2:
User Defined 3:
Lienholder Status Code:
Business Unit:
Dealer ID/Name:

Recovery type:
Amount Financed:
Financed date: 10/22/2016
Booked date: 02/01/2017
Expected payoff date:
Payoff date:
Perfected date: 2/1/2017
Loan Balance
State: NE
Account subtype: Loan (F)
Expected Contract Type:

### Customers

| Order | Order | Name | Type | Home Phone | Business Phone | Address |
|---|---|---|---|---|---|---|
| Edit 1 | ▼ | JACQUELINE MARIE MCINTYRE | UNKNOWN | | | 2643 N 124TH CIR OMAHANE68164-0000 |

### Property

| VIN/HIN | Make | Model | Year | Odometer | Damaged? | Insurance Total Loss? | Account Collateral Type |
|---|---|---|---|---|---|---|---|
| 5VPTW36N7D3023944 | VCTY | | 2013 | | ☐ | ☐ | |

### Dealer Info

ID:                          Type:
Name:                        Status:
Address:                     Dealership:
Phone:                       Contact Name:
Fax:                         Contact Phone:
EMail:                       Note:

**EXHIBIT B**

https://title.fdielt.com/AccountView/AccountCollateralView.aspx?view=AccountCollateral...    6/6/2017

- **Lien Filing**

- **Release**

- **Duplicate Title**
  - Request Date:            Action Date:
  - Status:                  Last Worked By:
  - State:   Required State Forms:
  - Reason                   Requesting Dept:
  - Operations Code:         Billable: ☐

- **Follow Up**
  - Client Activities

- **Direct Lending Services**

- **Additional Documents**
  - Additional Documents do not exist for this account

- **Obsolete Docs**

| Title | Actions |
|---|---|

VIN/HIN: 5VPTW36N7D3023944   State: NE   Title Number: 16320010131   **Title-Electronic**
Year: 2013   Make/Builder: VCTY   Model:                              Perfecting

- **Overview**
  - Owner(s): JACQUELINE MARIE MCINTYRE       Closed Date:
  - Lienholder: FREEDOMROAD FINANCIAL          Closed Reason:
  - Match Type: MANUAL                         Document Location:
  - Match Date: 2/1/2017
  - Issuance Date: 11/15/2016
  - Imported Date: 11/16/2016

- **Owners**

- **Property**

- **Liens**

| Name | Address | Lienholder ID | Lien Date |
|---|---|---|---|
| FREEDOMROAD FINANCIAL | 10509 PROFESSIONAL CIR STE 202 Reno, NV 89521 | 92630859 | 11/15/2016 |

- **Title Maint**